UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Elijah Defreese,<br><br>Defendant. | |

No. 24CR00016-1 (KMK)

ORDER

Kenneth M. Karas, U.S. District Judge:

WHEREAS, Violation of Supervised Release Charges were filed against the Defendant, Elijah Defreese, by the United States Probation Department on December 19, 2025; and WHEREAS, a court appearance was held on February 11, 2026, at which the parties agreed that the Court should order a psychiatric or psychological evaluation of the defendant.

WHEREAS, the Court determined for reasons stated on the record at the conference held on February 11, 2026, that Mr. Defreese should be detained during the evaluation and issued an order to that effect; and WHEREAS on or about March 18, 2026, the Defendant arrived at FCI Butner for evaluation.

IT IS HEREBY ORDERED that this Order supersedes the Court's February 11, 2026 Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3552; 18 U.S.C. § 4241; and 18 U.S.C. § 4247(b), that the Bureau of Prisons conduct a psychological or psychiatric examination of the defendant for FORTY-FIVE (45) DAYS, to determine his competency, and to determine if he is currently suffering from a mental disease or defect. The forty-five day period shall be counted from the day of the defendant's arrival at FCI Butner.

Case 7:24-cr-00016-KMK    Document 27-2    Filed 03/24/26    Page 2 of 3

IT IS FURTHER ORDERED THAT pursuant to 18 U.S.C § 4247(c), a report of examination be prepared and furnished to the Court, counsel for the defendant, and counsel for the government. The report shall address:

1. the defendant's history and present symptoms;

2. a description of the psychiatric, psychological, and medical tests that were employed and their test results;

3. the examiner's findings, including whether the defendant is impaired by one or more psychological and/or psychiatric disorders, and if so, the severity of any such disorders;

4. the examiner's opinions as to the diagnosis, prognosis, and whether any such disorders may reasonably be treated with prescribed medications, and which medications are most appropriate;

5. whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

6. whether the BOP offers programs suited to the defendant's psychiatric and psychological needs and, if so, at which BOP institutions; and

7. any other information or recommendations that would be pertinent to the defendant's treatment.

IT IS FURTHER ORDERED THAT upon completion of the forty-five-day observation and

study, the defendant shall be returned to the Court for further proceedings.


SO ORDERED.

Dated:          March 24, 2026
               White Plains, New York



_____
Kenneth M. Karas
U.S. District Judge